

Gryphon Trade and Finance, LLC.
510 Bering, Suite 300
Houston, TX 77057
O: 713.893 4483
C: 713.425.9922


February 28, 2011

Easytracks Capital
11422 Dunloring Pl
Upper Marlboro MD 20774

*For the attention of Mr. David Okhumale*

*Invoice No. 102319*

| Description | Amount |
|---|---:|
| Work fee due under agreement dated February 23, 2011 | *$62,500.00* |
| Total Due | *$62,500.00* |

*This payment is immediately due.*

*Should you have any queries please do not hesitate to contact us.*

*Please remit to the following bank coordinates.*

*Bank of America*
*ABA:#026009593*
*Account #00586021601546*